# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-51024
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 6, 2016

Lyle W. Cayce
Clerk

JOE WASHINGTON,

Plaintiff-Appellant

v.

CITY OF AUSTIN,

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:15-CV-222

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM:[*]

Proceeding pro se, Plaintiff-Appellant Joe Washington appeals the district court's dismissal of his lawsuit against his former employer, Defendant-Appellee City of Austin, in which he asserted employment discrimination claims involving race and sex discrimination, hostile work environment, and retaliation, in violation of 42 U.S.C. § 1981, Title VII of the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-51024

Civil Rights Act of 1964, and Chapter 21 of the Texas Labor Code, as well as common law defamation. Washington appeals the district court's dismissal of all of his claims, most as time barred, some without prejudice for lack of subject matter jurisdiction, and his common law defamation claim for the defendant's immunity.

We have reviewed the record on appeal, including the parties' briefs and record excerpts and the district court's fulsome and detailed Order of October 5, 2015 in which it carefully analyzed and ruled on the many aspects of Washington's case. As a result of our review, we are satisfied that the district court's Judgment of even date should be, and hereby is,

AFFIRMED.